## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

> *Courtney Surfas, et al. v. Bayer HealthCare*        No. 13-cv-10561-DRH
> *Pharmaceuticals Inc., et al*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed to date, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                    **JUSTINE FLANAGAN,**
                    **ACTING CLERK OF COURT**

                    **BY:**  /s/*Caitlin Fischer*
                            **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.05.12
15:31:09 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT